IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| 16016774 CANADA INC. (dba QUEST WINDOW SYSTEMS), a foreign corporation;<br><br>Plaintiff,<br><br>v.<br><br>QUANEX BUILDING PRODUCTS CORPORATION; a Delaware corporation and QUANEX IG SYSTEMS, INC., an Ohio corporation<br><br>Defendants. | CASE NO: 2:25-cv-000635<br><br>ORDER GRANTING DEFENDANTS' QUANEX BUILDING PRODUCTS AND QUANEX IG SYSTEMS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER<br><br>[~~PROPOSED~~] |

THIS MATTER came before the Court on the unopposed motion of Defendants Quanex Building Products Corporation and Quanex IG Systems, Inc. ("Defendants") for an Extension of Time to File their Answer (the "Motion").

The Court having reviewed the Motion, including the supporting declaration of Claire Rootjes, the Court finding that the relief sought in the Motion is appropriate, it is hereby:

ORDERED that the Motion is GRANTED; it is hereby further

ORDERED that Defendants' deadline to Answer the Complaint shall be May 7, 2025.

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER - 1



DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

Dated: April 18, 2025.

_____
JUDGE MARSHA J. PECHMAN

Presented by:

DBS | Law

*/s/ Claire L. Rootjes*
Daniel J. Bugbee, WSBA No. 42412
Claire L. Rootjes, WSBA No. 42178
*Attorneys for Defendants*

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER - 2

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737